JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS L. JOHNSON, | ) Case No. CV 20-6901-JPR |
| Plaintiff, | ) |
| | ) |
| v. | ) **J U D G M E N T** |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum
Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's
request for an order remanding the case for further proceedings
is DENIED; (2) the Acting Commissioner's request for an order
affirming her final decision is GRANTED; and (3) judgment is
entered in the Acting Commissioner's favor.

DATED: November 29, 2021

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE